1 McGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
MARCELO ILLARMO (MABN 670079)
4 Special Assistant United States Attorney
    160 Spear Street, Suite 800
5     San Francisco, California 94105
    Telephone: (415) 977-8944
6     Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIAH CHANDLER SHOCKENCY, | Case No.: 2:17-cv-02427-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 4, 2018 to July 5, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload. In addition, Defendant's counsel was out of the office from May 24 to May 29.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; Case 2:17-cv-02427-EFB    1

```
                                    Respectfully submitted,

Dated: May 31, 2018                 /s/ * Jonathan Omar Pena
                                    (*as authorized via e-mail on 5/23/18)
                                    JONATHAN OMAR PENA
                                    Attorney for Plaintiff


Dated: May 31, 2018                 McGREGROR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                              By:   /s/ Marcelo Illarmo
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant
```

## ORDER

APPROVED AND SO ORDERED.

Dated: May 31, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE